**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Felix NWAEBO, Defendant–Appellant.**

**United States of America,**
**Plaintiff–Appellee,**

v.

**Felix Nwaebo, Defendant–Appellant.**

**Nos. 01–8037, 02–6293.**

United States Court of Appeals,
Fourth Circuit.

Submitted April 25, 2002.

Decided May 2, 2002.

Felix Nwaebo, Appellant Pro Se. Philip S. Jackson, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

In these consolidated appeals, Felix Nwaebo appeals the district court's orders denying his motion for reduction of sentence and his motion for credit for time served. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Nwaebo,* No.

CR–91–217–CCB (D. Md. filed Nov. 21, 2001, entered Nov. 26, 2001; Jan 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*